No. 82–792.   GROVE CITY COLLEGE ET AL. v. BELL, SEC-
RETARY OF EDUCATION, ET AL.   C. A. 3d Cir.   [Certiorari
granted, 459 U. S. 1199.]   Motion of American Association of
University Women et al. for leave to file out-of-time motion
for leave to participate in oral argument as *amici curiae*
denied.

No. 82–898.   MINNESOTA STATE BOARD FOR COMMUNITY
COLLEGES v. KNIGHT ET AL.; and
No. 82–977.   MINNESOTA COMMUNITY COLLEGE FAC-
ULTY ASSN. ET AL. v. KNIGHT ET AL.   D. C. Minn.   [Proba-
ble jurisdiction noted, 460 U. S. 1050.]   Motion of American
Association of University Professors for leave to file a brief
as *amicus curiae* granted.

No. 82–1246.   BOSE CORP. v. CONSUMERS UNION OF
UNITED STATES, INC.   C. A. 1st Cir.   [Certiorari granted,
461 U. S. 904.]   Motions of American Civil Liberties Union
et al. and The New York Times Co. et al. for leave to file
briefs as *amici curiae* granted.

No. 82–1256.   LYNCH, MAYOR OF PAWTUCKET, ET AL. v.
DONNELLY ET AL.   C. A. 1st Cir.   [Certiorari granted, 460
U. S. 1080.]   Motion of the Solicitor General for leave to
participate in oral argument as *amicus curiae* and for divided
argument granted.

No. 82–1401.   CALDER ET AL. v. JONES ET AL.   Ct. App.
Cal., 2d App. Dist.   [Probable jurisdiction postponed, 460
U. S. 1080.]   Motion of Authors League of America, Inc., for
leave to file a brief as *amicus curiae* granted.

No. 82–1432.   PULLIAM, MAGISTRATE FOR THE COUNTY
OF CULPEPER, VIRGINIA v. ALLEN ET AL.   C. A. 4th Cir.
[Certiorari granted, 461 U. S. 904.]   Motion of Judge Abra-
ham J. Gafni for leave to participate in oral argument as
*amicus curiae* denied.